IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-

HANAN ALI, WINTA AYELE, HELEN BELAY, AND LENA DERANI

    Plaintiff,

JERUSALEM RESTAURANT, INC.,

    Defendant,

## ANSWER AND AFFIRMATIVE DEFENSES OF JERUSALEM RESTAURANT

Defendant **JERUSALEM RESTAURANT,** by its attorneys, **MUHAISEN & MUHAISEN, L.L.C.,** and pursuant to Fed.R.Civ.P. 8 and 12, hereby answers and responds to Plaintiffs' Complaint as follows:

### ANSWER

1. Defendants deny the allegations contained in paragraphs 4 – 35 of Plaintiffs' Complaint.

2. Defendant are without sufficient information and knowledge to enable them to form a belief as to the veracity of the allegations contained in paragraph 1, and, as a result, deny same; except Defendant admits that all allegations in the case took place in the federal District of Colorado.

3. Defendant denies any of the discrimination allegations in paragraph 3 of Plaintiffs' Complaint, and admits the rest.

4. Defendant admits the allegations contained in paragraph 2 of Plaintiffs' Complaint.

5.     Defendants deny all allegations not otherwise expressly admitted herein.

**DEFENSES**

1.     Plaintiffs' Complaint, at least in part, fails to state a claim upon which relief can be granted as against Defendants.

2.     Plaintiffs' claims are barred by the doctrine of unclean hands.

3.     Plaintiffs' claims are barred, in whole or in part, under the doctrine of waiver, estoppel and/or ratification.

4.     Plaintiffs' claims are barred due to its own fraudulent acts and/or inducement(s).

5.     Damages claimed by Plaintiff were not caused by any act or omission of Defendants.

6.     Plaintiff has failed to reasonably mitigate their alleged damages, if any.

7.     Granting of the Plaintiffs' demand in the Complaint would result in Unjust Enrichment, as the Plaintiff would receive more money than plaintiff is entitled to receive.

8.     Plaintiffs' claims are barred due to its own conduct, or by the conduct of its agents, representatives, and consultants

9.     Plaintiffs' claims are barred, in whole or in part, because it lacks standing.

10.    Plaintiffs' claims are barred, in whole or in part, due to offset.

11.    Defendants are not liable to Plaintiff on its claims due to breach by the Plaintiff.

12.    Defendants reserve the right to add such additional defenses as become apparent upon further investigation, disclosure and discovery.

## JURY DEMAND

Defendant JERUSALEM RESTAURANT, INC. demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully request that this Court enter judgment in their favor on all claims by all parties, and to award Defendants damages in an amount to be proven at trial, including costs, prejudgment interest, reasonable attorney fees, punitive damages, and for any additional relief the Court deems just and proper.

Respectfully submitted,

**MUHAISEN & MUHAISEN, LLC**
By s/ Wadi Muhaisen
*Wadi Muhaisen*
1435 Larimer Street, Ste. 203
Denver, CO 80202
Telephone: (303) 872-0084
Facsimile: (303) 558-4128
E-mail: wadi@muhaisenlaw.com
*Attorney for Defendant Jerusalem Restaurant*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of April 2014, a true and correct copy of **ANSWER AND AFFIRMATIVE DEFENSES OF JERUSALEM RESTAURANT INC.** was electronically filed with the Clerk of Court and served to the following using the CM/ECF system:

Robert Liechty, Esq.
Cross Liechty Lane PC
7100 E. Bellevue Ave #G-11
Greenwood Village, CO 80111