IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00933-MEH

HANAN ALI,
HELEN BELAY, and
LENA DERANI,

      Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 24, 2014**.

      The Uncontested Motion for Leave to File Amended Complaint [filed June 23, 2014; docket #8] is **granted**. In accordance with this order, the Clerk of the Court is directed to file Plaintiff's Amended Complaint [docket #8-1] and to amend the caption accordingly. Defendant shall file a response to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).