IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-00933-MEH

HANAN ALI, HELEN BELAY, and LENA DERANI,

    Plaintiffs,

vs.

JERUSALEM RESTAURANT, INC.,

    Defendant.

---

**CONSENT FORM PURSUANT TO PILOT PROGRAM TO IMPLEMENT THE DIRECT ASSIGNMENT OF CIVIL CASES TO FULL-TIME MAGISTRATE JUDGES**

---

Under 28 USC §636(c) and the Pilot Program to Implement the Direct Assignment of Civil Cases to Full-Time Magistrate Judges:

All parties in this civil action consent to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Respectfully submitted this July 10, 2014.

CROSS LIECHTY LANE PC

By: s/ *Robert M. Liechty*
Robert M. Liechty
7100 E. Belleview Ave., Suite G-11
Greenwood Village, Colorado 80111
Tel: (303) 333-4122
Email: rliechty@crossliechty.com
ATTORNEY FOR PLAINTIFFS

MESSNER REEVES LLP

By: *s/ Tanya E. Milligan*
Tanya E. Milligan
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
Tel: (303) 623-1800
Email: tmilligan@messner.com
ATTORNEY FOR DEFENDANT