IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00933-MEH

HANAN ALI,
HELEN BELAY, and
LENA DERANI,

      Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 17, 2014**.

      Non-party Winta Ayele's Motion for Voluntary Dismissal [filed July 17, 2014; docket #21] is **denied as moot**. Winta Ayele was terminated as a party on June 24, 2014 because she was not named in the amended complaint.