IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00933-MEH

HANAN ALI, and
LENA DERANI,

    Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Michael E. Hegarty, United States Magistrate Judge**.

    Plaintiff Helen Balay's Motion for Voluntary Dismissal [filed July 17, 2014; docket #22] is **granted**. The Court considers the terms of the requested dismissal proper pursuant to Fed. R. Civ. P. 41(a)(2).

    Accordingly, Plaintiff Helen Balay is DISMISSED from this action. The Clerk of the Court is directed to amend the caption to reflect that Helen Balay has been terminated as a party.

    Dated at Denver, Colorado this 17th day of July, 2014.

                                     BY THE COURT:

                                     */s/ Michael E. Hegarty*

                                     Michael E. Hegarty
                                     United States Magistrate Judge