IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 14-CV-00933-MEH | Date: September 2, 2014 |
| Courtroom Deputy: Laura Galera | FTR – Courtroom A501 |

| | |
|---|---|
| HANAN ALI, ET AL., | Robert Liechty |
| Plaintiffs, | |
| v. | |
| JERUSALEM RESTAURANT, INC., | Tanya Milligan |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:   3:03 p.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Motion for Leave to Conduct Depositions in Chambers and Request for Forthright Decision #[25].

ORDERED:   Motion for Leave to Conduct Depositions in Chambers and Request for Forthright Decision #[25] is GRANTED.

**Court in recess:**   **3:13 p.m.**   (Hearing concluded)
Total time in court:  0:10

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.