**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-00933-MEH

HANAN ALI and LENA DERANI

Plaintiffs,

vs.

JERUSALEM RESTAURANT, INC.

Defendant.

---

**MOTION FOR LEAVE TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DISCOVERY CUT-OFF**

---

Defendant Jerusalem Restaurant, Inc. ("Defendant"), by and through its counsel Messner Reeves, LLP, hereby submits its Motion for Leave to Modify the Scheduling Order to extend the discovery cut-off, as follows:

1. Conferral: Counsel for Defendant conferred with Plaintiffs' counsel and he is opposed to the relief requested.

2. Defendant requests a Motion for Leave to Modify the Scheduling Order to extend the discovery cut-off until December 15, 2014.

3. Currently, the discovery cutoff is November 15, 2014. In addition, the deadline for Interrogatories, Requests for Production of Documents, and Admissions is today, October 10, 2014. Given the testimony elicited today from two former named Plaintiffs, Defendant requests an extension of the discovery cut-off in order to serve written discovery.

4. Defendant also requests that the Dispositive Motion deadline be extended to January 15, 2015.

5. The trial date will not be affected by the requested extensions and no party will be unduly prejudiced by these extensions.

Respectfully submitted this 10th day of October, 2014.

                            Respectfully submitted,
                            MESSNER REEVES LLP

                            *s/ Allison J. Dodd*
                            Allison J. Dodd (#43835)
                            1430 Wynkoop Street, Suite 300
                            Denver, Colorado 80202
                            Telephone: (303) 623-1800
                            Facsimile: (303) 623-0552
                            Email: adodd@messner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2014, I electronically filed the foregoing **MOTION FOR LEAVE TO MODIFY THE SCHEDULING ORDER** via the CM/ECF system:

Robert M. Liechty
CROSS LIECHTY LANE PC
7100 E. Belleview Ave, Suite G-11
Greenwood Village, CO 80111

                                          *s/ Kim Sonka*