IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00933-MEH

HANAN ALI, and
LENA DERANI,

      Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 20, 2014**.

      Plaintiffs' [Unopposed] Motion for Leave to File Response One Day Out of Time [filed October 20, 2014; docket #35] is **granted** for good cause shown. The Clerk of the Court is directed to file Plaintiffs' Response to Defendant's Motion for Leave to Modify Scheduling Order, found at docket #35-1. Defendant may file a reply on or before **October 22, 2014**.