IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00933-MEH

HANAN ALI, and
LENA DERANI,

    Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2014**.

    The Parties' Stipulated Confidentiality Agreement and Protective Order, improperly filed as a "motion" in this case [filed November 12, 2014; docket #40] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. Parties may not simply file a proposed order without a motion seeking relief from the Court. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a specific mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. Also, the Court will reject any request to retain continuing jurisdiction over an action that has been closed. Finally, the parties shall provide to this Court a copy of the proposed protective order in useable format (Word, Word Perfect).