IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00933-MEH

HANAN ALI, and
LENA DERANI,

      Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2014**.

      Defendant's Unopposed Motion for Protective Order [filed November 14, 2014; docket #42] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused.

      As set forth in its November 13, 2014 minute order, the Court will entertain a request for entry of a protective order that is consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the court requires a specific mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.

      In addition, the parties shall provide to this Court a copy of any revised proposed protective order in useable format (Word, Word Perfect).