IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| Civil Action No.: 14-cv-00933 | Date:   December 3, 2014 |
|---|---|
| Courtroom Deputy: Molly Davenport | **FTR – Courtroom A501** |

| HANAN ALI, ET AL | Robert Liechty |
|---|---|
| Plaintiff, | |
| vs. | |
| JERUSALEM RESTAURANT, INC | Allison Dodd |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:   2:28 p.m.**

Court calls case.   Appearances of counsel.

Argument and discussion held regarding [43] Motion to Compel by Defendant and [47] Motion to Compel by Plaintiffs .

**ORDERED:**

[43] MOTION to Compel *Written Discovery* by Defendant is GRANTED with the provision that defendants pay attorney fees incurred by the plaintiff since the requests were made after the discovery deadline.   The request to extend the dispositive motion deadline is GRANTED.   Dispositive motions are due January 9, 2015.

[47] MOTION to Compel by Plaintiffs is GRANTED.

**Court in recess:   2:51 p.m.   (Hearing concluded)**
**Total time in court:**   0:23

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.