IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00933-MEH | Date: | February 5, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                *Counsel:*

HANAN ALI ET AL                                            Robert Liechty

   Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.                    Allison Dodd

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**2:01 p.m.   Court in session.**

Court calls case. Appearances of counsel.

Following oral argument, the [53] Motion to Strike Late-Disclosed Witnesses by defendant is DENIED with the conditions as stated on the record.

Following oral argument, the Court DENIED the [55] MOTION for Sanctions for Failure to Comply with a Court Order Pursuant to Fed. R. Civ. P. 37(b)(2) by defendant.

IT IS ORDERED THAT counsel is to send a copy of the executed IRS releases to Chambers.

IT IS FURTHER ORDERED THAT if plaintiffs' counsel is unable to access all requested tax records through the IRS website, counsel is to company his clients to the IRS building at 1919 Broadway St., 17th floor, on or before February 13, 2015, to obtain copies of tax records.

IT IS FURTHER ORDERED THAT counsel for the defendant shall submit, within ten (10) days, a list of expenses that were incurred due to not having the requested discovery. Counsel for the defense has 5 business days from the date of filing to file a response.

The Final Pretrial Conference currently set for February 11, 2015 is CANCELED and reset to **March 3, 2015 at 9:30 a.m.** before Magistrate Judge Hegarty in Courtroom A 501, Arraj Courthouse.

**3:20 p.m.     Court in recess.**     Hearing concluded.
Total in-court time    01:19

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.