IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00933-MEH

HANAN ALI, and
LENA DERANI,

    Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.,

    Defendant.

---

**ORDER ON DEFENDANT JERUSALEM RESTAURANT, INC.'S
REVISED SUBMISSION OF FEES**

---

**Michael E. Hegarty, United States Magistrate Judge**.

    During a hearing in this case on February 5, 2015, I ordered that Plaintiffs would be responsible for certain fees related to the additional work in which Defendant's attorney had to engage in order to achieve responses to discovery requests. The parties have submitted briefing on the reasonableness of the fees. I enter this Order pursuant to *Mulvaney v. Rivair Flying Serv., Inc.*, 744 F.2d 1438 (10th Cir. 1984) (en banc), in which a party was not found to be in bad faith, but the court imposed a sanction, upheld by the court of appeals, for conduct that unnecessarily delayed or multiplied the proceedings. Based on the parties' submissions, I find that $2500.00 is a sufficient sanction. Plaintiffs' counsel shall pay this amount on or before April 1, 2015.

    SO ORDERED.

    Dated at Denver, Colorado this 9th day of March, 2015.

2

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge