IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00933-MEH

HANAN ALI, and
LENA DERANI,

      Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 20, 2015.**

      At the request of the parties, this Court will hold a Status Conference on Thursday, **March 26, 2015, at 2:00 p.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      Additionally, Plaintiffs' Uncontested Motion to Vacate Pretrial Conference [filed March 20, 2015; docket #78] is **granted**. At the parties' request, the pretrial conference will be held at the same time as the status conference. Accordingly, the pretrial conference currently set for **April 2, 2015** at **9:30 a.m.** is **vacated** and rescheduled for **March 26, 2015** at **2:00 p.m.**

      Counsel for the parties may appear at the conference by telephone by first teleconferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.

      The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than two (2) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

      Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

      **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

Finally, the Trial Preparation Conference will be held on Friday, **April 10, 2015,** at **3:00 p.m.** The matters due on or before that date are as follows:

1. Exhibits: The parties are to meet and confer to establish a single exhibit list utilizing numbers. The exhibit list shall be electronically filed under the Court's Electronic Filing Procedures[1] **and** a copy e-mailed as an attachment in WordPerfect or Word format to me at *Hegarty_Chambers@cod.uscourts.gov* **three (3) business days before** the trial preparation conference. Stipulations as to authenticity and admissibility shall be set forth on the exhibit list.

2. Objections to Exhibits: Each party shall electronically file objections to exhibits under the Court's Electronic Filing Procedures and a copy e-mailed as an attachment in Word or WordPerfect format to me at *Hegarty_Chambers@cod.uscourts.gov* **three (3) business days before** the trial preparation conference. The objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection. Two copies of the objections are to be provided at the trial preparation conference.

3. Witness Lists: At the trial preparation conference, counsel shall provide their final witness lists (and two copies) with an estimate of each witness' direct examination testimony time. Each witness designated shall be counsel's representation, upon which opposing counsel can rely, that the witness will be present and available for testimony at trial. Of course, either party is not *required* to call a particular witness; listing the witness only assures their availability.

4. Deposition testimony. In the event deposition testimony will be used, opposing counsel must be given notice of each page and line intended to be used **ten (10) business days prior** to the trial preparation conference. Opposing counsel may then cross-designate testimony. The parties will meet and confer regarding the method of designating testimony so that it can be efficiently presented at trial. Any objections to the testimony must be marked on a copy of the transcript and provided to the court **three (3) business days before** the trial preparation conference. Objections to deposition testimony will be ruled on prior to trial.

5. Motions in limine: Motions in limine are to be electronically filed under the Court's Electronic Filing Procedures and a copy e-mailed as an attachment in WordPerfect or Word format to me at *Hegarty_Chambers@cod.uscourts.gov* no later than **twenty (20) calendar days** before the trial preparation conference. Responses to motions in limine shall be so filed and e-mailed **five (5) business days** before the trial preparation conference.

---

[1]*See* the Court's Electronic Case Filing Procedures, Civil Case, Version 5.1, § V, which may be accessed on the Court's website.

6. <u>Trial Briefs</u>: Trial briefs shall be filed at or before the trial preparation conference. Trial briefs are limited to 20 pages. Parties are free to include evidentiary issues as well as the substantive law governing the case.

7. <u>Proposed Voir Dire</u>: As the Court has noted, the parties will be permitted approximately 15 minutes each for voir dire. In order to make this aspect of the trial more efficient, proposed voir dire questions that the Court will ask shall be filed electronically under the Court's Electronic Filing Procedures and a copy e-mailed as an attachment in WordPerfect or Word format to me at *Hegarty_Chambers@cod.uscourts.gov* **on or before** the date of the trial preparation conference.

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial and trial preparation conferences.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).