IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-00933-MEH | Date: | March 26, 2015 |
| Courtroom Deputy: | Laura Galera | FTR: | Courtroom A 501 |

*Parties:*                                                            *Counsel:*

HANAN ALI ET AL                                            Robert Liechty

   Plaintiff,

v.

JERUSALEM RESTAURANT, INC.                  Allison Dodd

   Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER
TELEPHONIC STATUS CONFERENCE**

---

**Court in session:**      2:04 a.m.

The Court calls case.  Appearances of counsel.

Discussion regarding documents that have not been received, the deadline to file Motions in Limine and the renewed Motion for Clarification or Modification #[79].

Defense counsel makes an oral Motion for Extension of Time to File Motions in Limine.

**ORDERED:** Defense counsel is ordered to email the Court and opposing counsel **no later than April 3, 2015** advising the Court as to the status of the documents that have not been received to date.

**ORDERED:** Defendant's oral Motion for Extension of Time to File Motions in Limine is GRANTED.  Any Motions in Limine are to be filed **no later than April 1, 2015.** Plaintiff may either file a written response by **April 9, 2015** or he may address the issue at the Final Pretrial Conference/Trial Preparation Conference set April 10, 2015.

**ORDERED:** Motion for Clarification or Modification #[79] is GRANTED.

**Court in recess:**     **2:22 p.m.**     (Hearing concluded)
Total time in court:    0:18

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.