IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00933-MEH

HANAN ALI, and
LENA DERANI,

    Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2015.**

    Defendant's Unopposed Motion *In Limine* Regarding Immigration or Citizenship Status of any Witness or Employee of Defendant [filed April 1, 2015; docket #92] is **granted**. The Court instructs Plaintiffs at the trial in this matter not to refer to, interrogate witnesses concerning, attempt to offer into evidence, or to convey to the jury in any manner, either directly or indirectly, evidence regarding any evidence as to the immigration or citizenship status of any witness.

    Defendant's Unopposed Motion *In Limine* Regarding Evidence Related to Race, Religion, or National Origin Discrimination [filed April 1, 2015; docket #91] is **granted**. The Court instructs Plaintiffs at the trial in this matter not to refer to, interrogate concerning, attempt to offer into evidence, or convey to the jury in any manner, either directly or indirectly, any evidence or inference of race, religion, or national origin discrimination.

    Defendant's Unopposed Motion *In Limine* Regarding Evidence Related to Claims on Which Summary Judgment was Granted [filed April 1, 2015; docket #89] is **granted**. The Court instructs Plaintiffs at the trial in this matter not to refer to, interrogate concerning, attempt to offer into evidence, or convey to the jury in any manner, either directly or indirectly, any evidence related to Plaintiff Derani's breach of contract claim.

    Defendant's Unopposed Motion *In Limine* Regarding Evidence of Defendant's Law Firm [filed April 1, 2015; docket #87] is **granted**. The Court instructs Plaintiffs at the trial in this matter not to refer to, interrogate concerning, attempt to offer into evidence, or convey to the jury in any manner, either directly or indirectly, any evidence or inference as to the size of or resources available to Jerusalem's counsel's law firm or law offices.

    The remaining three motions *in limine* filed on April 1, 2015, will be heard at the Trial Preparation Conference on April 10, 2015.