## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## MAGISTRATE JUDGE MICHAEL E. HEGARTY

Civil Action No:     1:14-cv-00933-MEH                Date:   April 10, 2015
Courtroom Deputy:    Molly Davenport                  FTR:    Courtroom A 501

*Parties:*                                            *Counsel:*

HANAN ALI ET AL                                       Robert Liechty

    Plaintiff,

v.

JERUSALEM RESTAURANT, INC.                            Allison Dodd
                                                      Jacqueline Guesno

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER
## FINAL PRETRIAL CONFERENCE

**Court in session:   3:07 p.m.**

Court calls case.   Appearances of counsel.

The proposed Final Pretrial Order was reviewed and approved.

Parties will submit proposed jury instructions by close of business on Wednesday, April 15, 2015.

Oral argument was held regarding [86] MOTION in Limine to Preclude Evidence that Defendant Deliberately Withheld or Destroyed Documents by Defendant Jerusalem Restaurant, Inc. GRANTED IN PART AND DENIED IN PART.   No veiled reference to destroyed documents or spoliation.   It is relevant that there are time cards that were not produced.

The Court, following oral argument regarding [96] Motion in Limine regarding former named plaintiffs, DENIED the Motion.

The Court GRANTED the [90] Motion in Limine to Preclude Evidence that Defendant Coerced Former Plaintiffs to Dismiss Their Claims.

The [88] Motion in Limine Regarding Evidence Beyond the Two Year Fair Labor Standards Act Statute of Limitations is DENIED.

Marked trial depositions are due to the Court by the close of business on Wednesday.

Opening arguments are limited to 15 minutes. The defendant will provide several translators.

Discussion was held regarding the status of the tax returns.

The Court will seat 7 jurors who will all hear the evidence.

**Court in recess:   3:47 p.m   (Hearing concluded)**
**Total time in court:   00:40**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.