IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-00933-MEH | Date: | June 24, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                      *Counsel:*

HANAN ALI                                                                    Robert Liechty
LENA DERANI

    Plaintiff,

v.

JERUSALEM RESTAURANT, INC.                              Allison Dodd
                                                                                         Jacqueline Guesno

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER
JURY TRIAL – DAY 4**

---

8:38 a.m.        COURT IN SESSION

Court calls case.   Appearance of counsel.

Jury not present.

Court addresses preliminary matters with counsel. Discussion held regarding jury instruction objections.

8:57 a.m.        Jury brought in.

Defendant's witness, Mazen Alaswad, sworn.

8:57 a.m.        Direct examination of Mazen Alaswad by Ms. Guesno.

9:46 a.m.        Cross examination of Mazen Alaswad by Mr. Liechty.

10:11 a.m.      Re-direct examination of Said Wahdan by Ms. Guesno.

Witness Mazen Alaswad excused.

10:21 a.m.      Jury excused.

10:24 a.m.      RECESS

10:41 a.m.      COURT IN SESSION

Jury present.

Defendant's witness, Reema Wahdan-Alaswad, sworn.

10:41 a.m.      Direct examination of Reema Wahdan-Alaswad by Ms. Guesno.

11:32 a.m.      Cross examination of Reema Wahdan-Alaswad by Mr. Liechty.

Witness Reema Wahdan-Alaswad excused.

Defendant's rest.

12:02 a.m.      Direct examination of Plaintiffs' rebuttal witness Hanan Ali by Mr. Liechty

Rebuttal case rests.

12:09 p.m.      Jury excused.

ORAL MOTION by the defendants for a directed verdict as to the constructive discharge claim.

ORDERED:    The motion is DENIED.

12:13 p.m.      RECESS

12:18 p.m.      COURT IN SESSION

The Court instructs the jury.

12:48 p.m.      Plaintiffs' closing statement by Mr. Liechty.

1:19 p.m.       Defendant's closing statement by Ms. Guesno..

1:48 p.m.       Rebuttal on closing statement.

CSO is sworn.

1:56 p.m.       Jury is excused to begin deliberations.

1:57 p.m.       RECESS

| | | |
|---|---|---|
| 2:51 p.m. | | Jury requested a calculator.   All counsel was contacted and there were no objections. |
| 5:00 p.m. | | COURT IN SESSION |
| 5:04 p.m. | | Jury present |

Jury advised the Court that they want to continue deliberating,

| | |
|---|---|
| 5:05 p.m. | Jury excused to continue deliberation. |
| 5:05 p.m. | RECESS |
| 6:02 p.m. | COURT IN SESSION |

Jury present.

Verdict received and read into the record.

At the request of the Plaintiff, the Court polls the jury.   All jurors indicate in the affirmative that this is their verdict.

| | |
|---|---|
| 6:07 p.m. | The Court makes closing remarks and thanks the jury for their service. |
| 6:08 p.m. | RECESS |

Court received reviews and published the verdict.   Pursuant to General Order 2007-3, the original Jury Verdict has been filed conventionally by delivery to the Clerk's Office.   A representation of the Jury Verdict is attached to the court minutes.

TRIAL CONCLUDED.

Total In-Court Time: 5:08 hours
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.