# EXHIBIT LIST

CASE NUMBER 1:14-CV-00933-MEH          PLAINTIFF'S LIST  X          DEFENDANT'S LIST  X

CASE CAPTION: Hanan Ali and Lena Derani    VS. Jerusalem Restaurant, Inc.          DATE 6/22/2015 - 6/25/2015

| EXHIBIT NO | WITNESS | DESCRIPTION | STIP. | OFFER | ADMIT | REF | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|
| | | **Plaintiffs' Exhibits** | | | | | |
| 1 | Hanan Ali | Ali's 2013 W2s Bates 1-4 | X | X | X | | |
| 2 | | Ali's Doctor Note Bates 5 | X | X | X | | |
| 3 | Hanan Ali | Documents re birth of Ali's son Bates 35-6 | | X | X | | |
| 4 | Hanan Ali | Pay Stubs | X | X | X | | |
| 5 | Hanan Ali Said Wahdhan | Ali's Timecards Bates 253-78 | X | X | X | | |
| 6 | Hanan Ali Said Wahdhan | Restaurant work schedules Bates 576-78 | X | X | X | | |
| 7 | Lena Derani Said Wahdhan | Derani's Pay stubs Bates 494-535 | X | X | X | | |
| 8 | Lena Derani Mazen Alaswad | Derani's timecards, April, 2012 – January, 2013 | X | X | X | | |
| 9 | Lena Derani Said Wahdhan | Chart listing Derani's paystubs, timeslips, and unpaid overtime | | X | X | | |
| 10 | Lena Derani | Derani's W2s for 2011-2012 | X | X | X | | |
| 53 | Hanan Ali Said Wahdhan Urayb Wahdan Ruba Wahdan Mazen Alaswad | 2013 Calendar | | X | X | | Objection by defendant – OVERRULED |
| | | **Defendants' Exhibits** | | | | | |
| 11 | | Plaintiff Ali's 2013 and 2012 W2s (Plaintiff 1-4; Jerusalem 000537-538) | X | X | X | | |

| EXHIBIT NO | WITNESS | DESCRIPTION | STIP. | OFFER | ADMIT | REF | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|
| 14 | Hanan Ali<br>Mazen Alaswad<br>Reema Wahdan-Alaswad | June 20, 2013 Management Report (Jerusalem 000115) | X | X | X | | |
| 15 | Hanan Ali<br>Reema Wahdan-Alaswad | August 2, 2013 Third Notice (Jerusalem 000116-17) | X | X | X | | |
| 16 | Hanan Ali<br>Hanna Gebremariam<br>Ruba Wahdan<br>Mazen Alaswad<br>Reema Wahdan-Alaswad | August 2, 2013 Warning Letter (Jerusalem 000118, 225) | X | X | X | | |
| 17 | Hanan Ali<br>Ruba Wahdan<br>Mazen Alaswad<br>Reema Wahdan-Alaswad | July 3, 2013 Notice of Tardiness (Jerusalem 000119) | X | X | X | | |
| 18 | Hanan Ali<br>Ruba Wahdan<br>Reema Wahdan-Alaswad | July 13, 2013 Employee Warning Notice (Jerusalem 000120) | X | X | X | | |
| 19 | Hanan Ali | Charge of Discrimination (Jerusalem 000193) | X | X | X | | |
| 20 | | Attendance Policy (Jerusalem 000204-205) | X | X | X | | |
| 21 | | Plaintiff Ali Pay Stubs (Jerusalem 000226-252) | X | X | X | | |
| 22 | Hanan Ali | Plaintiff Ali Time Cards (Jerusalem 000253-278) | X | X | X | | |
| 26 | Lena Derani | Plaintiff Derani's Pay Stubs and Timecards (Jerusalem 000494-536) | X | X | X | | |
| 27 | Hanan Ali<br>Said Wahdhan | Weekly Schedules (Jerusalem 000576—578; Deposition Exhibit 8) | | X | X | | Last 2 pages admitted |
| 29 | | Maternity Notices and doctor note from Yodit Gebru (Jerusalem 580-584) | X | X | X | | |
| 30 | | Text Message from Reema Wahdan (Jerusalem 585-586) | X | X | X | | |
| 33 | | Intisar Abdel Galil Pregnancy Note (Jerusalem 000635) | X | X | X | | |

| EXHIBIT NO | WITNESS | DESCRIPTION | STIP. | OFFER | ADMIT | REF | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|
| 34 | | Server Training Manual (Jerusalem 000636-685) | X | X | X | | |
| 36 | | 2011 Restaurant Manual (Jerusalem 000693-723) | X | X | X | | |
| 38 | | Kidist Negash Handbook Receipts | X | X | X | | |
| 39 | Kidist Nageash Urayb Wahdan Reema Wahdan-Alaswad | Kidist Negash Disciplinary File | X | X | X | | |
| 41 | Hanan Ali | Plaintiffs' Initial Disclosure Certificate (redacted) | | X | X | | Objection by plaintiff - OVERRULED |
| 45 | | Plaintiff Derani W2s 2012 - 2013 (Jerusalem 000539-540) | X | X | X | | |
| 46 | Lena Derani | Plaintiff Derani's Citigroup Records (Jerusalem 000726-786) | | X | | X | Objection by plaintiff - SUSTAINED |
| 47 | Kidist Negash | Kidist Negash Maternity Notices (Jerusalem 000689) | X | X | X | | |
| 48 | | Selamawit Habtermoryam Notices (Jerusalem 000691) | X | X | X | | |
| 49 | Lena Derani | Plaintiff Derani Tax Records | | X | X | X | Pages 7, 11, 20, 24 & 47 only admitted |
| 56 | Kidist Negash Said Wahdan | Pay stubs for Kidist Negash | | X | X | | |
| **Court's Exhibits** | | | | | | | |
| A | | Defendant's requested changes to Jury Instruction #16. | | | X | | Objection by plaintiff-SUSTAINED Original is in the custody of counsel for the defendant. |