**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael E. Hegarty**

Civil Action No. 1:14-cv-00993-MEH

HANAN ALI, ET AL

    Plaintiff,

v.

JERUSALEM RESTAURANT, INC.

    Defendant.

## WITNESS LIST

| | PLAINTIFFS' WITNESSES | | | DEFENDANT'S WITNESSES | |
|---|---|---|---|---|---|
| 1 | Hanan Ali | 06/22/2015<br>06/23/2015<br>06/25/2015 | 1 | Hanan Sebbahi | 06/23/2015 |
| 2 | Kidist Negash | 06/23/2015 | 2 | Said Wahdan | 06/23/2015<br>06/24/2015 |
| 3 | Lena Hyat Derani | 06/23/2015<br>06/24/2015 | 3 | Hanna Gebremariam | 06/24/2015 |
| 4 | Elsa Alaswad | 06/23/2015 | 4 | Lahsene Mahoubi | 06/24/2015 |
| 5 | Said Wahdan | 06/23/2015<br>06/24/2015 | 5 | Intisar Abdel Galil | 06/24/2015 |
| 6 | Winta Ayele | 06/24/2015 | 6 | Urayb Wahdan | 06/24/2015 |
| 7 | | | 7 | Ruba Wahdan | 06/24/2015 |
| 8 | | | 8 | Mazen Alaswad | 06/25/2015 |
| 9 | | | 9 | Reema Wahdan-Alaswad | 06/25/2015 |