IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-00933-MEH

HANAN ALI and LENA DERANI,

    Plaintiffs,

vs.

JERUSALEM RESTAURANT, INC.,

    Defendant.

___

**VERDICT FORM**

___

    We, the jury, present our Answers to the Questions submitted by the Court, to which we have all agreed:

1. Do you find Ms. Ali has proven by a preponderance of the evidence that Jerusalem Restaurant discriminated against her on the basis of pregnancy?

    Yes_____         No __✓__

    If your answer to Question No. 1 is Yes, then go on to Question Nos. 2-5.
    If your answer is No, skip to Question No. 6.

2. What is the total amount of Ms. Ali's economic damages, if any, up to and including the date of her resignation from Jerusalem Restaurant? Economic damages are those losses described in paragraph 1 of Instruction 21.

    $_____

3. What is the total amount of Ms. Ali's noneconomic damages, if any. Noneconomic damages are those losses described in paragraph 2 of Instruction 21 (compensatory damages). You should answer "0" if you determine there were none.

    $_____

1

4. Do you find that Ms. Ali has proven by a preponderance of the evidence that Jerusalem Restaurant constructively discharged her?

   Yes_____          No_____

   If your answer to Question No. 4 is Yes, then go on to Question No. 5.
   If your answer is No, skip to Question No. 6.

5. What is the total amount of Ms. Ali's economic damages, if any, from the date of her resignation from Jerusalem Restaurant until today? Economic damages are those losses described in paragraph 1 of Instruction 21.

   $_____

6. Do you find Ms. Ali has proven by a preponderance of the evidence that Jerusalem Restaurant failed to pay her overtime wages as required by the FLSA?

   Yes __✓__          No_____

   If your answer to Question No. 6 is Yes, then go on to Question No. 7.
   If your answer is No, skip to Question No. 8.

7. What is the total amount of Ms. Ali's unpaid overtime wages?

   $ $142.72

8. Do you find Ms. Derani has proven by a preponderance of the evidence that Jerusalem Restaurant failed to pay her overtime wages from April 1, 2012 through her last day of work, as required by the FLSA?

   Yes __✓__          No_____

   If your answer to Question No. 8 is Yes, then go on to Question No. 9.
   If your answer is No, your deliberations are complete. Sign and date the Verdict Form.

9. What is the total amount of Ms. Derani's unpaid overtime wages from April 1, 2012 through her last day of work?

   $ 138.00

2

10. Do you find Ms. Derani has proven by a preponderance of the evidence that Jerusalem Restaurant's failure to pay overtime wages as required by the FLSA was willful?

Yes __✓__        No_____

If your answer to Question No. 10 is Yes, then go on to Question No. 11.
If your answer is No, skip Question No. 11, sign and date this Verdict Form.

11. What is the total amount of Ms. Derani's unpaid overtime wages from April 1, 2011 to March 31, 2012?

$ __158.50__

**PLEASE SIGN THIS VERDICT FORM:**

Dated this __25th__ day of __June__, 2015.

3