IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Case No. 1:14-cv-00933-MEH

Hanan Ali et al,

    Plaintiff,

v.

Jerusalem Restaurant, Inc.

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this 23rd day of June, 2015.

BY THE COURT:

_____
MICHAEL E. HEGARTY, Magistrate Judge
United States District Court

_____
Attorney for Plaintiff

_____
Attorney for Defendant