IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00933-MEH

HANAN ALI, and
LENA DERANI,

    Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 10, 2015.**

    For good cause shown and in the interest of justice, Plaintiffs' [Opposed] Motion for Leave to File Motion for Attorney's Fees One Day out of Time [filed July 10, 2015; docket #133] is **granted**.