IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00933-MEH

HANAN ALI, and
LENA DERANI,

       Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.,

       Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 19, 2015.**

       Plaintiffs' Motion for Leave to Dispose of Exhibits [filed August 18, 2015; docket #142] is **granted**.  The Clerk of the Court is directed to dispose of the exhibits per Plaintiffs' request.