IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00933-MEH

HANAN ALI, and
LENA DERANI,

    Plaintiffs,

v.

JERUSALEM RESTAURANT, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2015.**

    Before the Court is a Notice of Canceled Hearing [docket #146] indicating the parties have settled their disagreement regarding the need for a post-judgment hearing. Accordingly, the Court **denies as moot** the Plaintiff's Motion for Post-Judgment Hearing [filed September 23, 2015; docket #144] and **vacates** the Motion Hearing currently set for October 9, 2015.